Pete WRIGHT, Appellant,

v.

State of MISSOURI, Appellee,

George Lombardi; Larry Crawford, Defendants,

Arthur Wood; Dave Dormire; Jay Cassady, Appellees,

Gary Rice, Defendant,

Deborah Hardin–Vinson; Oscar Johnson; Stanley Chris Swicord; Alfred Garcia; Dr. Rex Hardman, Missouri Department of Corrections, Appellees.

No. 10–1217.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 7, 2010.

Filed: Sept. 16, 2010.

Pete Wright, Jefferson City, MO, pro se.

Cheryl Ann Scheutze, Asst. Atty. Gen., Jefferson City, MO (Chris Koster, Atty. Gen., on the brief), for appellees State of Missouri, Mo. Dept. of Corrections, Swi-

---

cord, Cassady, Wood, Dormire, and Johnson.

John J. Treu, Jefferson City, MO, for appellees Hardin–Vinson, Hardman, and Garcia.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Missouri inmate Pete Wright appeals the district court's[1] partial dismissal and partial adverse grant of summary judgment in his pro se action alleging federal civil rights and state law tort claims. Following careful de novo review, we find that dismissal and summary judgment were appropriate for the reasons discussed in the district court's orders. *See Wojewski v. Rapid City Reg'l Hosp.*, 450 F.3d 338, 342 (8th Cir.2006) (de novo review of order granting summary judgment); *Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (de novo review of dismissal under 28 U.S.C. § 1915(e)). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Wright's pending motion.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.